IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 06-168 |
| | ) |
| BRETT WELLS, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 14th day of July, 2006, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered June 2, 2006, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Thursday, July 27, 2006 at 2:30 p.m. in Courtroom #3A, 3rd floor, United States Post Office and Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          , J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   Scott W. Brady,
      Assistant United States Attorney

      Linda E.J. Cohn,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation